**United States District Court**
**Violation Notice**

MY 80

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4072135 | MUNICUL | 4w |

4072135

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐ USC ☐ State Code |
|---|---|
| 04/11/2015  0550 | 36 CFR 4C3 (E.R.) |

Place of Offense
S/B B/w Pky  S/o 7 491

Offense Description: Factual Basis for Charge    HAZMAT ☐

REFUSAL TO SUBMIT TO CHEMER
TESTING FOR MEER

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ANTHUL | SAMUEL | J |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BU 0085 | TX | 00 | 247 / CMM | | BLC |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____  Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →**  $ _____  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)    Original - CVB Copy

---

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident